IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

JAMIE L. FOUCH

  Plaintiff,

               Case No._____1:15CV00023

v.

WAL-MART STORES
  Defendant

## MOTION TO DISMISS

COMES NOW, Plaintiff by counsel, and requests to dismiss, pursuant to FRCP Rule 41, without prejudice, the above styled matter now pending before the United States District Court for the Western District of Virginia, Abingdon Division.

                  JAMIE L. FOUCH
                  By counsel

T. Shea Cook
P. O. Box 507
Richlands, VA 24641
(276) 963-4332 telephone
(276) 963-6271

## CERTIFICATE OF SERVICE

I certify that I forwarded a copy of the foregoing Motion to Dismiss to W. Bradford Stallard, PO Box 2288, Abingdon VA 24212-2288, Attorney for the Defendant on this 17th day of June, 2015.